**Electronically Filed**
**Supreme Court**
**SCWC-13-0002872**
**08-JUN-2015**
**11:01 AM**

SCWC-13-0002872

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

LYNETTE L. AGARD,
Respondent/Plaintiff-Appellant,

vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE
INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, MORTGAGE
PASS-THROUGH CERTIFICATES SERIES 2006-AR14 UNDER THE
POOLING AND SERVICING AGREEMENT DATED OCTOBER 1, 2006;
INDYMAC MORTGAGE SERVICES, INC.; ONEWEST BANK FSB,
Petitioners/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0002872; CIV. NO. 11-1-0362)

<u>ORDER REJECTING APPLICATION FOR CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellees Deutsche Bank National

Trust Company, as Trustee of the IndyMac INDX Mortgage Loan

Trust 2006-AR14, Mortgage Pass-Through Certificates Series 2006-

AR14 under the Pooling and Servicing Agreement Dated October 1,

2006; IndyMac Mortgage Services, Inc.; OneWest Bank FSB's

application for writ of certiorari filed on May 1, 2015, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 8, 2015.

David B. Rosen
for petitioners

Nicole Lehuanani Kinilau
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson